FILED
2019 Apr-16  PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHNATHAN RODRIGUEZ,** | ) |
| | ) |
| Plaintiff, | ) NO. 5:16-CV-01067 |
| | ) |
| v. | ) |
| | ) |
| **GENERAL INFORMATION SERVICES, INC.,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Johnathan Rodriguez and Defendant General Information Services, Inc., hereby notify the Court that the parties have resolved the claims in this matter. An order dismissing the case with prejudice will be tendered to the Court after the parties execute the necessary paperwork.

HAVE SEEN AND APPROVED:

Dated: April 16, 2019

| | |
|---|---|
| */s/ John Soumilas* | */s/ John G. Papianou* |
| John Soumilas | John G. Papianou |
| Francis & Mailman, P.C. | Montgomery McCracken |
| 1600 Market Street, Suite 2510 | 1735 Market Street, 21st Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Phone:  (215) 735-8600 | Phone:  (215) 772-7389 |
| Email:  jsoumilas@consumerlawfirm.com | Email:  jpapianou@mmwr.com |

4931435v1