UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHNATHAN RODRIGUEZ** on behalf of himself and all others similarly situated, | } } } } |
| Plaintiff, | } } |
| v. | } Case No.: 5:16-cv-01067-MHH } |
| **GENERAL INFORMATION SERVICES, INC.,** | } } } |
| Defendant. | } |

## ORDER

The parties have filed a joint Stipulation for Dismissal with prejudice. (Doc. 13). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own attorney's fees, costs, and expenses. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this May 16, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE